```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 18-04394-HWV
Robert Paul Burris                                                  Chapter 13
         Debtor           CERTIFICATE OF NOTICE

District/off: 0314-1           User: DDunbar              Page 1 of 2        Date Rcvd: Dec 11, 2018
                               Form ID: ntcnfhrg          Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
```
db           +Robert Paul Burris,    3504 N 6th Street,    Harrisburg, PA 17110-1424
cr           +Lower Allen Township,    2233 Gettysburg Road,    Camp Hill, PA 17011-7302
cr           +Lower Allen Township Authority,    120 Limekiln Road,    New Cumberland, PA 17070-2428
5120311      +BONNIE K MILLER, TAX COLLECTOR,    2233 GETTYSBURG ROAD,    CAMP HILL, PA 17011-7302
5120312       BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5120313      +CAMP HILL EMERGENCY PHYSICIANS,    PO BOX 13693,    PHILADELPHIA, PA 19101-3693
5120316      +CUMBERLAND COUNTY DEPT OF,    DOMESTIC RELATIONS,    13 N HANOVER ST,    CARLISLE, PA 17013-3014
5120317      +CUMBERLAND CTY TAX CLAIM BUREAU,    ONE COURTHOUSE SQUARE,    ROOM 106,    CARLISLE, PA 17013-3339
5120318      +DALVINE PONCIANO,    2985 MERIDIAN WAY,    APT 8,    MECHANICSBURG, PA 17055-6892
5120319      +DENNIS ZERBE, TAX COLLECTOR,    275 CUMBERLAND PKWY #325,    MECHANICSBURG, PA 17055-5677
5128315      +FIRST NATIONAL BANK OF,    PENNSYLVANIA,    4140 E STATE STREET,    HERMITAGE, PA 16148-3401
5120320      +FNB OF PENNSYLVANIA,    1114 EAST CARSON STREET,    PITTSBURGH, PA 15203-1124
5120323      +JP HARRIS ASSOCIATES LLC,    MUNICIPAL TAX ACCOUNTS,    PO BOX 226,
               MECHANICSBURG, PA 17055-0226
5120324       LOWER ALLEN TWP,    2233 GETTYSBURG RD,    CAMP HILL, PA 17011-7302
5120325      +LOWER ALLEN TWP AUTHORITY,    120 LIMEKILM RD,    NEW CUMBERLAND, PA 17070-2428
5120326      +MRSBPO,    1930 OLNEY AVENUE,    CHERRY HILL, NJ 08003-2016
5120327      +MS HERSHEY MEDICAL CENTER,    PATIENT FINANCIAL SERVICES,    PO BOX 853 MC-A410,
               HERSHEY, PA 17033-0853
5128383      +Nelnet on behalf of College Assist,    College Assist,    PO Box 16358,    St. Paul, MN 55116-0358
5120329      +PAM & BRIAN CAMPBELL,    400 DEERFIELD ROAD,    CAMP HILL, PA 17011-8438
5120330      +PENDRICK CAPITAL PARTNERS, LLC,    CUSTOMER SERVICE,    11808 ASHBROOK CT,
               GERMANTOWN, MD 20876-2725
5120331       PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
5120333      +RENT A SPACE INC,    4150 INDUSTRIAL RD,    HARRISBURG, PA 17110-2949
5120334       RUSHMORE LOAN MANAGEMENT SERVICES,    CUSTOMER SERVICE DEPARTMENT,    PO BOX 55004,
               IRVINE, CA 92619-5004
5120336      +TSI/33,    PO BOX 15609,    WILMINGTON, DE 19850-5609
5120337      +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
               651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5120338      +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
               HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5120314      +E-mail/Text: dehartstaff@pamd13trustee.com Dec 11 2018 19:13:35      CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,    HUMMELSTOWN, PA 17036-8625
5120315       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 19:13:26      COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5120321       E-mail/Text: cio.bncmail@irs.gov Dec 11 2018 19:13:17      INTERNAL REVENUE SERVICE - CIO,
               PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5120328      +E-mail/Text: electronicbkydocs@nelnet.net Dec 11 2018 19:13:28      NELNET LNS,    PO BOX 1649,
               DENVER, CO 80201-1649
5120667      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 19:17:07
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5120332      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 11 2018 19:17:29      REGIONAL ACCEPTANCE CORP,
               BANKRUPTCY DEPT,    1420-C EAST FIRE TOWER ROAD,    GREENVILLE, NC 27858-4139
5123820       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 11 2018 19:17:29      Regional Acceptance Corporation,
               PO Box 1847,    Wilson, NC 27894-1847
5120335      +E-mail/Text: bankruptcydepartment@tsico.com Dec 11 2018 19:13:37      TRANSWORLD SYSTEMS INC,
               500 VIRGINIA DRIVE, STE 514,    FORT WASHINGTON, PA 19034-2707
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5120322*      IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    Dorothy L Mott   on behalf of Debtor 1 Robert Paul Burris DorieMott@aol.com, KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
    James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
    Kara Katherine Gendron   on behalf of Debtor 1 Robert Paul Burris karagendronecf@gmail.com, doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
    Steven P. Miner   on behalf of Creditor   Lower Allen Township sminer@daleyzucker.com, aewing@daleyzucker.com
    Steven P. Miner   on behalf of Creditor   Lower Allen Township Authority sminer@daleyzucker.com, aewing@daleyzucker.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Paul Burris,

**Debtor 1**

Chapter 13

Case No. 1:18–bk–04394–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 16, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 23, 2019 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 11, 2018 |

ntcnfhrg (03/18)