In re:  
Robert Paul Burris  
    Debtor

Case No. 18-04394-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: DDunbar | Page 1 of 1 | Date Rcvd: Jun 11, 2019 |
|---|---|---|---|
| | Form ID: pdf010 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.

    +HERSHEY MEDICAL CENTER,   ATTN: PAYROLL DEPARTMENT,   PAYROLL DEBBIE RABER,  
     90 HOPE DRIVE PO BOX 855,   HERSHEY, PA 17033-0855

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com  
    Dorothy L Mott   on behalf of Debtor 1 Robert Paul Burris DorieMott@aol.com, KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com  
    James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
    Kara Katherine Gendron   on behalf of Debtor 1 Robert Paul Burris karagendronecf@gmail.com, doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com  
    Richard W. Stewart   on behalf of Creditor   Cumberland County Tax Claim Bureau rstewart@johnsonduffie.com,  bfetterhoff@johnsonduffie.com  
    Steven P. Miner   on behalf of Creditor   Lower Allen Township sminer@daleyzucker.com, aewing@daleyzucker.com  
    Steven P. Miner   on behalf of Creditor   Lower Allen Township Authority sminer@daleyzucker.com, aewing@daleyzucker.com  
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ROBERT PAUL BURRIS :
    Debtor : CASE NO. 1:18-bk-04394
:
:
:

### AMENDED ORDER TO PAY TRUSTEE

    Upon consideration of the Motion for Wage Attachment, it is hereby ORDERED that until further Order of this Court the entity from whom the Debtor, Robert Paul Burris, receives income:

HERSHEY MEDICAL CENTER
ATTN: PAYROLL DEPARTMENT
PAYROLL DEBBIE RABER
90 HOPE DRIVE PO BOX 855
HERSHEY, PA 17033

deduct from said income the sum of $267.00 from each two-week pay check, or $133.50 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
PO BOX 7005
LANCASTER, PA 17604

    IT IS FURTHER ORDERED that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

    IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

    IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

    IT IS FURTHER ORDERED that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: June 11, 2019      By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (LS)