# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

January 4, 2021

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re: Robert Paul Burris
BANKRUPTCY CASE NO:1:18-bk-04394

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

503 South Main Street
Marysville, PA 17053


Please remove old address from mailing matrix.

3504 N 6th Street
Harrisburg, PA 17110

Thank you for your attention to this matter.


Sincerely,


/s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal