Certificate Number: 13858-PAM-DE-035252273

Bankruptcy Case Number: 18-04394


13858-PAM-DE-035252273

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on January 10, 2021, at 9:43 o'clock AM CST, Robert Paul Burris completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 10, 2021

By: /s/Shauna B. Curtsinger

Name: Shauna B. Curtsinger

Title: Counselor