# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT PAUL BURRIS | : | |
|   Debtor | : | CASE NO. 1:18-bk-04394 |
| | : | |
| | : | |
| | : | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

  Comes now the Debtor, Robert Paul Burris, by and through the Dorothy L.Mott Law Office, LLC, and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on October 16, 2018
2. The Debtor wishes to terminate the wage attachment and pay on his own.

  Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

                                                Respectfully submitted,

                                                _____

                                                Dorothy L. Mott, Esquire, Atty ID 43568
                                                Kara K. Gendron, Esquire, Atty ID 87577
                                                Mott & Gendron Law
                                                125 State Street
                                                Harrisburg, PA 17101
                                                Tel  (717)232-6650
                                                Fax (717) 232-0477

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ROBERT PAUL BURRIS :
  Debtor : CASE NO. 1:18-bk-04394
:
:
:

**ORDER**

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.