Certificate Number: 14751-PAM-DE-037969168

Bankruptcy Case Number: 18-04394


14751-PAM-DE-037969168

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 27, 2023, at 8:38 o'clock AM PST, ROBERT BURRIS completed a course on personal financial management given by internet by $$$$$$0$ BK Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 27, 2023  By: /s/AMEY AIONO

Name: AMEY AIONO

Title: Certified Credit Counselor