| In re: | Case No. 18-04394-HWV |
|---|---|
| Robert Paul Burris | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2024 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Paul Burris, 503 South Main Street, Marysville, PA 17053-1710 |
| cr | + | Cumberland County Tax Claim Bureau, One Courthouse Square, Rm 106, Carlisle, PA 17013-3339 |
| cr | + | Lower Allen Township, 2233 Gettysburg Road, Camp Hill, PA 17011-7302 |
| cr | + | Lower Allen Township Authority, 120 Limekiln Road, New Cumberland, PA 17070-2428 |
| 5120311 | + | BONNIE K MILLER, TAX COLLECTOR, 2233 GETTYSBURG ROAD, CAMP HILL, PA 17011-7302 |
| 5120313 | + | CAMP HILL EMERGENCY PHYSICIANS, PO BOX 13693, PHILADELPHIA, PA 19101-3693 |
| 5120316 | + | CUMBERLAND COUNTY DEPT OF, DOMESTIC RELATIONS, 13 N HANOVER ST, CARLISLE, PA 17013-3014 |
| 5120317 | + | CUMBERLAND CTY TAX CLAIM BUREAU, ONE COURTHOUSE SQUARE, ROOM 106, CARLISLE, PA 17013-3339 |
| 5120318 | + | DALVINE PONCIANO, 2985 MERIDIAN WAY, APT 8, MECHANICSBURG, PA 17055-6892 |
| 5120319 | + | DENNIS ZERBE, TAX COLLECTOR, 275 CUMBERLAND PKWY #325, MECHANICSBURG, PA 17055-5677 |
| 5120323 | + | JP HARRIS ASSOCIATES LLC, MUNICIPAL TAX ACCOUNTS, PO BOX 226, MECHANICSBURG, PA 17055-0226 |
| 5120324 | | LOWER ALLEN TWP, 2233 GETTYSBURG RD, CAMP HILL, PA 17011-7302 |
| 5120325 | + | LOWER ALLEN TWP AUTHORITY, 120 LIMEKILM RD, NEW CUMBERLAND, PA 17070-2428 |
| 5120327 | + | MS HERSHEY MEDICAL CENTER, PATIENT FINANCIAL SERVICES, PO BOX 853 MC-A410, HERSHEY, PA 17033-0853 |
| 5120329 | + | PAM & BRIAN CAMPBELL, 400 DEERFIELD ROAD, CAMP HILL, PA 17011-8438 |
| 5120330 | + | PENDRICK CAPITAL PARTNERS, LLC, CUSTOMER SERVICE, 11808 ASHBROOK CT, GERMANTOWN, MD 20876-2725 |
| 5142876 | | Pendrick Capital Partners II / Peritus Portfolio, P.O. Box 141419, Irving, TX 75014-1419 |
| 5120333 | + | RENT A SPACE INC, 4150 INDUSTRIAL RD, HARRISBURG, PA 17110-2949 |
| 5120336 | + | TSI/33, PO BOX 15609, WILMINGTON, DE 19850-5609 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5120312 | Email/Text: Bankruptcy@BAMcollections.com | Jan 22 2024 18:40:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5120315 | EDI: PENNDEPTREV | Jan 22 2024 23:42:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5120315 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2024 18:40:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5120337 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 22 2024 18:40:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5128315 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 22 2024 18:40:00 | FIRST NATIONAL BANK OF, PENNSYLVANIA, 4140 E STATE STREET, HERMITAGE, PA 16148-3401 |
| 5120320 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 22 2024 18:40:00 | FNB OF PENNSYLVANIA, 1114 EAST CARSON STREET, PITTSBURGH, PA 15203-1124 |
| 5120321 | EDI: IRS.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 22 2024 23:42:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5120314 | | Email/Text: info@pamd13trustee.com | Jan 22 2024 18:40:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5120326 | ^ | MEBN | Jan 22 2024 18:39:03 | MRSBPO, 1930 OLNEY AVENUE, CHERRY HILL, NJ 08003-2016 |
| 5120328 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 22 2024 18:40:00 | NELNET LNS, PO BOX 1649, DENVER, CO 80201-1649 |
| 5128383 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 22 2024 18:40:00 | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 5120331 | ^ | MEBN | Jan 22 2024 18:39:14 | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5120667 | + | EDI: PRA.COM | Jan 22 2024 23:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5120332 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 22 2024 18:49:17 | REGIONAL ACCEPTANCE CORP, BANKRUPTCY DEPT, 1420-C EAST FIRE TOWER ROAD, GREENVILLE, NC 27858-4139 |
| 5120334 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 22 2024 18:40:00 | RUSHMORE LOAN MANAGEMENT SERVICES, CUSTOMER SERVICE DEPARTMENT, PO BOX 55004, IRVINE, CA 92619-5004 |
| 5123820 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 22 2024 18:49:17 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5143688 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 22 2024 18:40:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5120335 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 22 2024 18:40:00 | TRANSWORLD SYSTEMS INC, 500 VIRGINIA DRIVE, STE 514, FORT WASHINGTON, PA 19034-2733 |
| 5120338 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 22 2024 18:40:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5120322 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Robert Paul Burris DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Robert Paul Burris karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Richard W. Stewart | on behalf of Creditor Cumberland County Tax Claim Bureau rstewart@johnsonduffie.com  bfetterhoff@johnsonduffie.com |
| Steven P Miner | on behalf of Creditor Lower Allen Township sminer@cklegal.net  mrenno@cklegal.net |
| Steven P Miner | on behalf of Creditor Lower Allen Township Authority sminer@cklegal.net  mrenno@cklegal.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert Paul Burris | Social Security number or ITIN   xxx–xx–5729 |
| | First Name     Middle Name     Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:18–bk–04394–HWV | | |

## Order of Discharge

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Paul Burris

**By the court:**

1/22/24

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**